IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALI IRANZAD | § | |
| | § | |
| V. | § | Civil Action No. _____ |
| | § | |
| PAUL TRANSPORTATION, INC. AND | § | |
| WAYNE SWENSON | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Paul Transportation, Inc. and Wayne Swenson ("Defendants") timely file this Notice of Removal pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1332(a), and 28 U.S.C. §1446(b), removing this action from the County Court at Law No. 4 of Dallas County, Texas, to the United States District Court for the Northern District of Texas, Dallas Division, and in support thereof shows as follows:

**A.     Introduction**

1.     Plaintiff Ali Iranzad ("Plaintiff") commenced this lawsuit against Defendants in the County Court at Law No. 4 of Dallas County, Texas, by filing its Original Petition on or about August 30, 2022.  A true and correct copy of the Original Petition is attached hereto as Exhibit "A."  Plaintiff served the Original Petition on Defendants by serving the Secretary of State on September 1, 2021.  Defendants filed an answer to the Petition on October 3, 2022.  A true and correct copy of Defendants' answer is attached hereto as Exhibit "B."

2.     Defendant are filing this Notice of Removal within 30 days of their first receipt of Plaintiff's Original Petition as required by 28 U.S.C. § 1446(b).

3.     This lawsuit arises out of an incident on or about September 5, 2020, in Dallas County, Texas, Plaintiff, Ali Iranzad, was driving West bound on IH-30 in the far-right lane in his

sedan. Defendant Swenson was driving a 2016 Kenworth cab pulling an attached 2018 Fontaine Trailer (hereinafter sometimes referred to as the "18-wheeler") traveling West Bound in the left center lane, in front of the Plaintiff. Plaintiff asserts a claims of negligence, negligence *per* se and gross negligence against Defendants. Plaintiff seeks to recover actual damages from Defendant due to the alleged wrongful acts and/or omissions of Defendants. Pursuant to TEX. R. CIV. P. 47(c), Plaintiff pleads monetary relief "over $250,000.00, but not more than $1,000,000.00."

**B.     Jurisdiction & Removal**

4.     In a removal situation, the burden is on the removing party to establish the existence of jurisdiction and the propriety of removal. *Manguno v. Prudential Property and Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2002). This Court has jurisdiction in this case pursuant to 28 U.S.C. § 1332, in that there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00. Accordingly, statutory authority for the removal of this matter is conferred by 28 U.S.C. §§ 1441 and 1446.

5.     Complete diversity under 28 U.S.C. § 1332 exists in this case. Plaintiff is a citizen of the State of Texas. Defendant, Paul Transportation, Inc. is a corporation organized and existing under the laws of the State of Oklahoma, with its principal place of business in Oklahoma. Defendant, Wayne Swenson, is a resident of Oklahoma. Accordingly, for diversity purposes, both Defendants are citizens of the State of Oklahoma. *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 314 (5th Cir. 2019).

6.     In addition, the amount in controversy meets the minimum jurisdictional requirements under 28 U.S.C. § 1332. Here, Plaintiff, in accordance with the pleading requirements of Texas State Courts, has expressly pleaded that it seeks monetary relief "over $250,000.00, but not more than $1,000,000.00." *See* Exhibit A at Section III ¶ 4. In general, the

sum claimed by a plaintiff controls the court's "amount in controversy" analysis. *Kennard v. Indianapolis Life Ins. Co.*, 420 F. Supp. 2d 601, 607 (N.D. Tex. 2006) *citing St. Paul Mercury Indemnity Co. v. Red Cab Co.,* 303 U.S. 283, 288, 58 S.Ct. 586, 82 L.Ed. 845 (1938); *see also St. Paul Reinsurance Company, Ltd. v. Greenberg,* 134 F.3d 1250, 1253 (5th Cir. 1998); *Allen v. R & H Oil & Gas Company,* 63 F.3d 1326, 1335 (5th Cir. 1995). Accordingly, on this basis alone, the amount-in-controversy requirement is met for diversity jurisdiction.

7. Nevertheless, if the court finds it necessary to consider additional information, items to be considered in ascertaining the amount in controversy when the defendant could be liable for those sums under state law are, *inter alia*, penalties, statutory damages, and punitive damages—*not* interest or costs. *St. Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998). If a state statute provides for attorney's fees, such fees are included as part of the amount in controversy. *Id.* Here, Plaintiff's allegations and the available evidence show by a preponderance of the evidence that the amount in controversy exceeds $75,000.00.

8. Further, venue is proper in this district and division under 28 U.S.C. § 1441(a) because the state court where the action has been pending is located in this district and division.

9. Contemporaneous with the filing of this Notice of Removal, Defendants are filing a Notice of Filing Notice of Removal with the Clerk of Court for the County Court at Law No. 4 of Dallas County, Texas pursuant to 28 U.S.C. § 1446(d).

10. Defendants retain the right to supplement the jurisdictional allegations by affidavit, declaration or otherwise, should Plaintiff challenge the allegations in a motion to remand or other filing.

11. Attached hereto are all documents required by 28 U.S.C. § 1446(a).

12. Defendants request a trial by jury pursuant to Rule 81(c)(3)(A), Federal Rules of Civil Procedure.

13. All fees required by law in connection with this Notice have been tendered and paid by Defendants.

WHEREFORE, Defendants Paul Transportation, Inc. and Wayne Swenson hereby remove the above-captioned matter, now pending in the County Court at Law No. 4 of Dallas County, Texas to the United States District Court for the Northern District of Texas, Dallas Division.

Respectfully submitted,

**BUSH + RAMIREZ**

By: */s/ William J. Collins, III*
William J. Collins, III
Federal Bar No. 3441
SBN: 04621500
5615 Kirby Drive, Suite 900
Houston, Texas 77005
wcollins@bushramirez.com
www.bushramirez.com
832-264-2100 - Cell
713.626.1555 – Main
713.622.8077 – Fax
**ATTORNEYS FOR DEFENDANTS,
PAUL TRANSPORTATION, INC.
AND WAYNE SWENSON**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document was forwarded to all counsel of record on October 3, 2022, pursuant to the Texas Rules of Civil Procedure.

    Ori Raphael
    ori@mrlaw.com
    Damon Mathias
    damon@mrlaw.com
    Ashley Goldman
    Mathias Raphael, PLLC
    13101 Preston Road, Suite 501
    Dallas, Texas 75240
    ***ATTORNEYS FOR PLAINTIFF***

                                      */s/ William J. Collins, III*
                                       William J. Collins, III